**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1746**

_____

In re: EX REL. TERRANCE GRIFFIN,

Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the District of South Carolina, at Rock Hill. (0:23-cv-01173-MGL)

_____

Submitted: October 7, 2024                                    Decided: October 29, 2024

_____

Before NIEMEYER, BENJAMIN, and BERNER, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Terrance Griffin, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrance Griffin, proceeding pro se, petitions for declaratory relief, a writ of mandamus seeking an order directing Defendants to comply with his request under the Freedom of Information Act, 5 U.S.C. § 552, and review of the magistrate judge's recommendation that Griffin's civil action be dismissed. We conclude that Griffin is not entitled to mandamus relief and that his other requests are untimely.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.,* 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires." *Murphy-Brown*, 907 F.3d at 795 (alteration and internal quotation marks omitted). Moreover, mandamus may not be used as a substitute for appeal of the district court's order adopting the magistrate judge's report and recommendation. *See In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007). The relief sought by Griffin is available through an appeal. Accordingly, we deny the petition for writ of mandamus.

Griffin also petitioned this court for declaratory relief and review of the magistrate judge's recommendation to dismiss his case. This petition was untimely filed. A party cannot appeal from a magistrate judge's report and recommendation because it is not a final order. *See Roell v. Withrow*, 538 U.S. 580, 585 (2003). In this case, the District Court entered its order adopting the magistrate judge's report and recommendation on September

2

24, 2024, which was *after* Griffin filed his petition. A notice of appeal cannot be filed before the judgment or order appealed from. Fed. R. App. P. 4(a)(1)(B).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*